UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>RYAN HICKEY, )<br>     Defendant. ) | CAUSE NO. 1:21-cr-0072-JRS-DML<br><br>- 01 |

**COURTROOM MINUTE FOR MARCH 15, 2021**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for an initial appearance on the Indictment filed on March 2, 2021. Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Jayson McGrath for AUSA Pamela Domash. USPO represented by Courtney Ratzlaff.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **March 29, 2021**.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived formal arraignment and reading of the Indictment on the record.

Government moved for pretrial detention and a hearing was scheduled.   Detention hearing set for **March 22, 2021 at 11:00 a.m. via video teleconference** before the criminal duty magistrate judge.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated:   15 MAR 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system